IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 4:17CR3085 |
| vs. | |
| STEVEN M. ADAMS, and PATRICIA SALVADOR-MAGANA, | ORDER |
| Defendants. | |

IT IS ORDERED:

1) Defendant Patricia Salvador-Magana's motion to file pretrial motions out of time, (Filing No. 28), is granted and Defendant's motion to sever, (Filing No. 29), is deemed timely filed.

2) **As to both defendants**, trial of this case is continued pending resolution of the motion to sever.

October 25, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge