IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:17-CR-3085 |
| vs. | ORDER |
| STEVEN M. ADAMS and PATRICIA SALVADOR-MAGANA, a/k/a PATRICIA ADAMS, | |
| Defendants. | |

This matter is before the Court on the plaintiff's motion to dismiss (filing 45). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment without prejudice.

IT IS ORDERED:

1. The plaintiff's Motion for Dismissal (filing 45) is granted.

2. The indictment is dismissed without prejudice.

Dated this 18th day of April, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge